*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Althea V. Hankins, MD
    Debtor(s)

Case No: 08–14987–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

SHOW CAUSE HEARING RE: (WHY THIS CASE SHOULD NOT BE DISCHARGED AND CLOSED)

    on: 5/9/17

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/6/17

Timothy B. McGrath
Clerk of Court

408 – 404
Form 167