United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 08-14987-amc
Althea V. Hankins, MD                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: BarbaraT          Page 1 of 2          Date Rcvd: Apr 06, 2017
                              Form ID: 167            Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
db            +Althea V. Hankins, MD,   5801 Germantown Avenue,   Philadelphia, PA 19144-2138
aty            JOSEPH DIGIUSEPPE11,    City of Philadelphia Law Department,   1515 Arch Street,   15th Floor,
                 Philadelphia, PA 19102-1595
cr            +BUILDING PHILADELPHIA, LP,   C/O COHEN & WILLWERTH.COM,   660 SECOND STREET PIKE,
                 SOUTHAMPTON, PA 18966-3995
cr            +U.S. Bank National Association, As Trustee, As Suc,    Linebarger Goggan Blair & Sampson, LLP,
                 4 Penn Center,   1600 JFK Blvd.,   Suite 910,   Philadelphia, PA 19103-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: ecf@schollashodian.com Apr 07 2017 01:40:16     Roger V. Ashodian,
                 Regional Bankruptcy Center of SE PA,   101 West Chester Pike,   Ste 1A,
                 Havertown, PA 19083-5300
cr             E-mail/Text: cio.bncmail@irs.gov Apr 07 2017 01:39:20     Internal Revenue Service,
                 c/o Kathleen K. Raup,   701 Market Street,   Philadelphia, PA 19106
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2017 01:39:35
                 Pennsylvania Department Of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   Grace Rubinstein agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID A. SCHOLL    on behalf of Plaintiff Althea V. Hankins, MD judgescholl@gmail.com
          JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor   CITY OF PHILADELPHIA
           vandermarkj@whiteandwilliams.com
          JANE C. SCHLEICHTER    on behalf of Creditor   U.S. Bank National Association, As Trustee, As Suc
           jschleichter@grblaw.com
          JENNIFER  SONG    on behalf of Plaintiff Althea V. Hankins, MD ecf@schollashodian.com
          JENNIFER  SONG    on behalf of Debtor Althea V. Hankins, MD ecf@schollashodian.com
          KATHLEEN K. RAUP    on behalf of Creditor   Internal Revenue Service
           kathleen.k.raup@irscounsel.treas.gov
          KENNETH D. HENDERSON    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          LESLIE E. PUIDA    on behalf of Defendant Grace  Rubinstein lpuidaesq@gmail.com
          LESLIE E. PUIDA    on behalf of Creditor   Grace Rubinstein lpuidaesq@gmail.com
          MEGAN N. HARPER    on behalf of Creditor   CITY OF PHILADELPHIA megan.harper@phila.gov,
           james.feighan@phila.gov
          NANCY D. WASSER    on behalf of Creditor   Post Presidential Property Owner LLC's
           nancy.wasser@comcast.net
          NICHOLAS J. LAMBERTI    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          PAUL JAY COHEN    on behalf of Creditor   BUILDING PHILADELPHIA, LP melissa@cohenwillwerth.com
          ROGER V. ASHODIAN    on behalf of Debtor Althea V. Hankins, MD ecf@schollashodian.com
          ROGER V. ASHODIAN    on behalf of Attorney Roger V. Ashodian ecf@schollashodian.com
          ROGER V. ASHODIAN    on behalf of Plaintiff Althea V. Hankins, MD ecf@schollashodian.com
          THOMAS I. PULEO    on behalf of Creditor   Grace Rubinstein tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: BarbaraT              Page 2 of 2                   Date Rcvd: Apr 06, 2017
                              Form ID: 167                Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM H HALL, IV    on behalf of Debtor Althea V. Hankins, MD ecf@schollashodian.com
        YONATAN  GELBLUM    on behalf of Creditor    Internal Revenue Service yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov
        YONATAN  GELBLUM    on behalf of Defendant    UNITED STATES OF AMERICA yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov

        TOTAL: 23

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Althea V. Hankins, MD
    Debtor(s)

Case No: 08–14987–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

SHOW CAUSE HEARING RE: (WHY THIS CASE SHOULD NOT BE DISCHARGED AND CLOSED)

on: 5/9/17

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 4/6/17

Timothy B. McGrath
Clerk of Court

408 – 404
Form 167