United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 08-14987-amc
Althea V. Hankins, MD                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jul 26, 2017
                              Form ID: 3180W          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db           +Althea V. Hankins, MD,    5801 Germantown Avenue,    Philadelphia, PA 19144-2138
11449892     +Grace Rubinstein,   c/o Pamela Sanders,    5201 Pringle Lane,    Soquel, CA 95073-2551
11449895     +Hotwire,   PO Box 298,    Wynnewood, PA 19096-0298
11449896     +Presidential City Management,    3900 City Avenue,    Philadelphia, PA 19131-2912
11541619     +U.S. Bank National Association, As Trustee,    As Successor in Interest to,
               Wachovia Bank, N.A., As Trustee,    4 Penn Center, Suite 910,    Philadelphia, PA 19103-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jul 27 2017 01:33:58      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2017 01:33:57      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13064627      E-mail/Text: bankruptcy@phila.gov Jul 27 2017 01:33:59      City of Philadelphia Law Department,
               Tax Unit - Bankruptcy,   Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595
11491437     +E-mail/Text: bankruptcy@phila.gov Jul 27 2017 01:33:58      City of Philadelphia,
               School District of Philadelphia,    Law Department,   One Parkway Building, 15th Floor,
               1515 Arch Street,   Philadelphia, PA 19102-1501
11500019      EDI: IRS.COM Jul 27 2017 01:18:00       Department of the Treasury - IRS,
               Internal Revenue Service,   PO Box 21125,    Philadelphia, PA  19114
11476089      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2017 01:33:23
               Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
11495199      EDI: AISTMBL.COM Jul 27 2017 01:18:00       T Mobile USA Inc,   Attn: Bankruptcy Dept.,
               PO Box 53410,   Bellevue, Wa 98015-3410
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Grace Rubinstein agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID A. SCHOLL    on behalf of Plaintiff Althea V. Hankins, MD judgescholl@gmail.com
          JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    CITY OF PHILADELPHIA
           vandermarkj@whiteandwilliams.com
          JANE C. SCHLEICHTER    on behalf of Creditor    U.S. Bank National Association, As Trustee, As Suc
           jschleichter@grblaw.com
          JENNIFER SONG    on behalf of Plaintiff Althea V. Hankins, MD ecf@schollashodian.com
          JENNIFER SONG    on behalf of Debtor Althea V. Hankins, MD ecf@schollashodian.com
          KATHLEEN K. RAUP    on behalf of Creditor    Internal Revenue Service
           kathleen.k.raup@irscounsel.treas.gov
          KENNETH D. HENDERSON    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          LESLIE E. PUIDA    on behalf of Defendant Grace  Rubinstein lpuidaesq@gmail.com
          LESLIE E. PUIDA    on behalf of Creditor    Grace Rubinstein lpuidaesq@gmail.com
          MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
           james.feighan@phila.gov

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Jul 26, 2017
                               Form ID: 3180W             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         NANCY D. WASSER    on behalf of Creditor    Post Presidential Property Owner LLC's nancy.wasser@comcast.net
         NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
         PAUL JAY COHEN    on behalf of Creditor    BUILDING PHILADELPHIA, LP melissa@cohenwillwerth.com
         ROGER V. ASHODIAN    on behalf of Debtor Althea V. Hankins, MD ecf@schollashodian.com
         ROGER V. ASHODIAN    on behalf of Attorney Roger V. Ashodian ecf@schollashodian.com
         ROGER V. ASHODIAN    on behalf of Plaintiff Althea V. Hankins, MD ecf@schollashodian.com
         THOMAS I. PULEO    on behalf of Creditor    Grace Rubinstein tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM H HALL, IV    on behalf of Debtor Althea V. Hankins, MD ecf@schollashodian.com
         YONATAN GELBLUM    on behalf of Creditor    Internal Revenue Service yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov
         YONATAN GELBLUM    on behalf of Defendant    UNITED STATES OF AMERICA yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov

                                                                                                                      TOTAL: 23

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Althea V. Hankins, MD** | Social Security number or ITIN  **xxx–xx–2495** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **08–14987–amc** | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Althea V. Hankins, MD

7/26/17                                              **By the court:**   Ashely M. Chan
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**