United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Althea V. Hankins, MD  
    Debtor

Case No. 08-14987-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Aug 03, 2017  
    Form ID: 195    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.  
db    +Althea V. Hankins, MD,   5801 Germantown Avenue,   Philadelphia, PA 19144-2138  
aty    JOSEPH DIGIUSEPPE11,   City of Philadelphia Law Department,   1515 Arch Street,   15th Floor,    Philadelphia, PA  19102-1595

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty    +E-mail/Text: ecf@schollashodian.com Aug 04 2017 01:32:41     Roger V. Ashodian,    Regional Bankruptcy Center of SE PA,   101 West Chester Pike,   Ste  1A,    Havertown, PA 19083-5300
                                                         TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    Grace Rubinstein agornall@kmllawgroup.com,     bkgroup@kmllawgroup.com  
        DAVID A. SCHOLL    on behalf of Plaintiff Althea V. Hankins, MD judgescholl@gmail.com  
        JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    CITY OF PHILADELPHIA     vandermarkj@whiteandwilliams.com  
        JANE C. SCHLEICHTER    on behalf of Creditor    U.S. Bank National Association, As Trustee, As Suc     jschleichter@grblaw.com  
        JENNIFER SONG    on behalf of Plaintiff Althea V. Hankins, MD ecf@schollashodian.com  
        JENNIFER SONG    on behalf of Debtor Althea V. Hankins, MD ecf@schollashodian.com  
        KATHLEEN K. RAUP    on behalf of Creditor    Internal Revenue Service     kathleen.k.raup@irscounsel.treas.gov  
        KENNETH D. HENDERSON    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,     RA-occbankruptcy6@state.pa.us  
        LESLIE E. PUIDA    on behalf of Creditor    Grace Rubinstein lpuidaesq@gmail.com  
        LESLIE E. PUIDA    on behalf of Defendant Grace  Rubinstein lpuidaesq@gmail.com  
        MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,     james.feighan@phila.gov  
        NANCY D. WASSER    on behalf of Creditor    Post Presidential Property Owner LLC's     nancy.wasser@comcast.net  
        NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,     RA-occbankruptcy6@state.pa.us  
        PAUL JAY COHEN    on behalf of Creditor    BUILDING PHILADELPHIA, LP melissa@cohenwillwerth.com  
        ROGER V. ASHODIAN    on behalf of Debtor Althea V. Hankins, MD ecf@schollashodian.com  
        ROGER V. ASHODIAN    on behalf of Attorney Roger V. Ashodian ecf@schollashodian.com  
        ROGER V. ASHODIAN    on behalf of Plaintiff Althea V. Hankins, MD ecf@schollashodian.com  
        THOMAS I. PULEO    on behalf of Creditor    Grace Rubinstein tpuleo@kmllawgroup.com,     bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
        WILLIAM H HALL, IV    on behalf of Debtor Althea V. Hankins, MD ecf@schollashodian.com  
        YONATAN GELBLUM    on behalf of Creditor    Internal Revenue Service yonatan.gelblum@usdoj.gov,     eastern.taxcivil@usdoj.gov  
        YONATAN GELBLUM    on behalf of Defendant    UNITED STATES OF AMERICA yonatan.gelblum@usdoj.gov,     eastern.taxcivil@usdoj.gov  
                                                                                                  TOTAL: 23

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Althea V. Hankins, MD : Case No. 08−14987−amc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , August 3, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court

414
Form 195