Certificate Number: 01401-PAE-DE-023875354

Bankruptcy Case Number: 08-14987



01401-PAE-DE-023875354

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 26, 2014, at 10:43 o'clock AM EDT, Althea V Hankins completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 26, 2014              By:    /s/Jeremy  Lark

                                   Name:  Jeremy  Lark

                                   Title: FCC Manager